# IN THE SUPREME COURT OF THE STATE OF NEVADA

MINERVA VASQUEZ-MONTANO, AN INDIVIDUAL; AND GIOVANNI JIMENEZ, AN INDIVIDUAL,

Appellants,

vs.

CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC,

Respondent.

No. 84629

FILED

SEP 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
Elizabeth A. Brown

By: _____

cc: Hon. Egan K. Walker, District Judge
Jonathan L. Andrews, Settlement Judge
Coulter Harsh Law
Lewis Brisbois Bisgaard & Smith LLC/Reno
Lemons, Grundy & Eisenberg
Washoe District Court Clerk

22-29375